**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 08-3128M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Oswaldo Torres-Aguila, | ) | |
| Defendant. | ) | |

A prior Motion to Extend Time to File Indictment, docket # 5, having been filed and having been granted on May 14, 2008 by Magistrate Judge Voss,

**IT IS ORDERED** that Defendant's Motion to Extend Time to File Indictment (Second Request), docket # 8, is **DENIED**. See, *United States v. Ramirez-Cortez*, 213 F.3d 1149, 1156 (9th Cir. 2000) (defendant cannot waive the protections of the Speedy Trial Act indictment clock by stipulating to a continuance). It is, and has been, the District Court's policy since 2000 to deny second or subsequent motions to extend time to indict.

The last day to seek a timely indictment in this case is, and remains, July 4, 2008.

DATED this 12th day of June, 2008.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge